**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

PHYLLIS HAMPTON, on behalf of herself :   Case no. 1:25-cv-7931
and all others similarly situated, :

:

Plaintiffs, :

:   **NOTICE OF VOLUNTARY**
v.    **DISMISSAL WITH**
   **PREJUDICE**

Urban Armor Gear, LLC, :

Defendant. :

:

:

:

:

:

:

- -------------------------------------------------------- x

   **PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

   Dated: August 27, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (630) 478-0856

Email: Dreyes@ealg.law